IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. **02-cv-01351-JLK**

**CHRISTOPHER J. TWOGOOD, MATTHEW B. TWOGOOD, individually and as Co-Personal Representatives of the ESTATE OF JOANN RUTH TWOGOOD,**

        Plaintiffs,

v.

**NORTH AMERICAN COMPANY FOR LIFE AND HEALTH INSURANCE,**

        Defendant.

---

**ORDER**

---

KANE, J.

      This matter is before me on Defendant's Motion for Summary Judgment, filed June 2, 2003. The question raised – whether an individual "knowingly" made false statements – is not amenable to resolution on summary judgment, even where, as here, the individual is deceased. As I stated in a not dissimilar case, "[such] questions are, in my view, appropriately answered not by a trial judge on summary judgment, but by a jury whose primary function is to make determinations about people's conduct based on objective standards." *Baldwin v. Stonebridge Life Ins. Co.*, 283 F.Supp.2d 1148, 1150 (D.Colo. 2003)(citing A. Miller, The Pretrial Rush to Judgment: Are the "Litigation Explosion," "Liability Crisis," and Efficiency Clichés Eroding our Day in Court and Jury Trial Commitments? 78 N.Y.U. Law. R. 982, 1132 (June 2003) (consideration of objective

standards of "human behavior, reasonableness, and state of mind [are] matters

historically considered at the core province of jurors").  Accordingly, the Motion for

Summary Judgment is **DENIED**.  This case will be set for a pretrial conference by

separate Minute Order after consulting with the parties.  The court regrets the delay in

ruling on the Motion for Summary Judgment.

Dated:  August 23, 2005

BY THE COURT:

s/**JOHN L. KANE**

SENIOR JUDGE
UNITED STATES DISTRICT COURT