IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 02-CV-1351-JLK

CHRISTOPHER J. TWOGOOD, MATTHEW B. TWOGOOD, individually and as Co-Personal Representatives of the ESTATE OF JOANN RUTH TWOGOOD,

    Plaintiffs,

v.

NORTH AMERICAN COMPANY FOR LIFE AND HEALTH INSURANCE,

    Defendant.

## ORDER GRANTING STIPULATION FOR DISMISSAL WITH PREJUDICE

THIS MATTER comes before the Court on the Stipulation for Dismissal with Prejudice and upon consideration therefore, the Court hereby

ORDERS, ADJUDGES AND DECREES that each of the parties in the above-captioned action is dismissed with prejudice, the parties to pay their respective costs, expenses, and attorney fees.

DATED this 4th day of April, 2006.

                                              BY THE COURT:

                                              s/John L. Kane
                                              United States District Court Judge